USCA1 Opinion

 

 [NOT FOR PUBLICATION--NOT TO BE CITED AS PRECEDENT]

 United States Court of Appeals
 For the First Circuit
 
 

No. 97-2067

 UNITED STATES OF AMERICA,

 Appellee,
 
 v.
 
 HARRY MURPHY SEAVEY,
 
 Defendant, Appellant.
 

 APPEAL FROM THE UNITED STATES DISTRICT COURT
 
 FOR THE DISTRICT OF MAINE
 
 [Hon. Morton A. Brody, U.S. District Judge]
 

 Before
 
 Selya, Circuit Judge,
 Campbell, Senior Circuit Judge,
 and Lynch, Circuit Judge.
 
 

 Harry Murphy Seavey on brief pro se.
 Henry W. Griffin on brief for appellant.
 Jay P. McCloskey, United States Attorney, Margaret D.
McGaughey and Gail F. Malone, Assistant United States Attorneys, on
brief for appellee.

 

June 12, 1998

 Per Curiam. Upon careful review of the briefs
 (including appellant's pro se filings) and the record, we find
 no merit in any of appellant's arguments:
 1. There was no plain error in sentencing appellant
 under the armed career criminal provisions. See United Statesv. Sullivan, 98 F.3d 686, 689 (1st Cir. 1996), cert. denied,
 117 S.Ct. 1344 (1997).
 2. The applicable offense level was properly
 determined under U.S.S.G. 4B1.4(b), thereby mooting
 appellant's argument about calculation of a lower offense level
 under U.S.S.G. 2B3.1(b)(2).
 3. Before the sentencing hearing, appellant
 withdrew his motion for a downward departure based on
 mitigating circumstances, and so his argument on that subject
 was waived. 
 4. The record before us gives no hint of any
 irregularity in the plea proceedings. If defendant believes he
 has claims of ineffective assistance of counsel in that regard
 or in any other regard, he may raise those claims in
 proceedings under 28 U.S.C. 2255, but we will not consider
 them in the context of this direct appeal. See United Statesv. Georgacarakos, 988 F.2d 1289, 1297 (1st Cir. 1993).
 Affirmed. See 1st Cir. Loc. R. 27.1.